## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| **TEKWAY, INC.,** | |
| Plaintiff, | Case No. 20-cv-04095 |
| v. | Honorable Thomas M. Durkin |
| | Magistrate Judge Gabriel A. Fuentes |
| **AT&T SERVICES, INC.,** | |
| Defendant. | |

### <u>DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>

For the reasons set forth in their accompanying Memorandum in Support of their Motion to Dismiss, incorporated herein, Defendant AT&T Services, Inc. ( "AT&T") respectfully requests that this Court grant its motion to dismiss.

The Court should dismiss Plaintiff Tekway, Inc.'s ("Tekway") Complaint for lack of personal jurisdiction. Plaintiff's Complaint also suffers from other fatal deficiencies that warrant the dismissal of its claims. Tekway cannot make colorable claims against AT&T for tortious interference with Tekway's Agreement with Pinnacle Technical Resources, Inc. ("Pinnacle"), Tekway's employment agreements with its former employees, or for civil conspiracy as a derivative theory of liability.

For these reasons, set forth more fully in the accompanying Memorandum, AT&T respectfully request this Court grant its Motion to Dismiss.

Respectfully submitted,

By: *s/Kathryn E. Siegel*

Kathryn E. Siegel
Shanthi V. Gaur
Jenna Kim
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
312.372.5520
ksiegel@littler.com
sgaur@littler.com
jekim@littler.com

Dated: September 28, 2020

## CERTIFICATE OF SERVICE

Kathryn E. Siegel, an attorney, hereby certifies that, on September 28, 2020, she caused a copy of the foregoing ***Defendant's Motion To Dismiss Plaintiff's Complaint*** to be electronically filed with the Clerk of the Court, using the court's CM/ECF system. Notification of such filing will be sent to the following party:

DAMON MATHIAS
MATHIAS RAPHAEL PLLC
9 E. Superior, Suite 400
Chicago, IL 60611
312.738.5323 (p)
damon@mrlaw.com


_/s/ Kathryn Siegel_
Kathryn Siegel

4844-7192-6988.2